UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN P. ROBICHEAUX ET AL | CIVIL ACTION |
| VERSUS | NO. 14-97 |
| DAVID GEORGE ET AL | SECTION "B"(1) |

### TRANSFER ORDER

It appears to the Court that the claims alleged in the above-captioned case involve subject matter that either comprises a material part of the subject matter or operative facts alleged in Civil Action No. 13-5090 "F"(5). Local Rule 3.1 and 3.1.1. Accordingly,

**IT IS ORDERED** that Civil Action No. 14-97 "B"(1) is hereby transferred to Section "F"(5) for further handling.

New Orleans, Louisiana, this 15th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

JAN 15 2014
TRANSFERRED TO
SECT. F MAG. 5